**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOUGLAS C. JONES,

        Plaintiff,

vs.                                                  Case No. 3:07-cv-177-J-32TEM

ST. VINCENTS HEALTH SYSTEM,

        Defendant.

_____

**ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the Motion to Proceed In Forma Pauperis be denied without prejudice to plaintiff filing a paid complaint (Doc. 6). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 6), it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 6) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

      2.      Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

      3.      **No later than August 20, 2007** plaintiff shall pay the filing fee to continue the prosecution of this case.  **Plaintiff's failure to pay the filing fee by the August 20, 2007 deadline will result in dismissal of this case without prejudice without further notice.**

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of June, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

pro se plaintiff