**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOUGLAS C. JONES,

        Plaintiff,

vs.                                      Case No. 3:07-cv-177-J-32TEM

ST. VINCENT'S HEALTH SYSTEMS,

        Defendant.

## **ORDER**[1]

This case is before the Court on Defendant's Amended Motion to Dismiss (Doc. 11) in which defendant moves to dismiss plaintiff's complaint for lack of subject matter jurisdiction and for failure to timely effect service. Although plaintiff has not yet had an opportunity to respond to the motion, the Court can readily see what action must be taken.

First, although defendant claims plaintiff failed to effect service within 120 days of filing his complaint, plaintiff properly waited to serve his complaint until after the Court ruled on his motion for leave to proceed *in forma pauperis* (which, if granted, would have resulted in having the Marshal serve the complaint on plaintiff's behalf). Thus, good cause exists for not serving the complaint within 120 days of its filing. Second, while true that plaintiff's complaint does not contain a reference to any particular federal law, plaintiff, who is proceeding *pro se*, should be given an opportunity to amend his complaint rather than face outright dismissal, especially in a case such as this where it seems fairly evident that a basis

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

for federal jurisdiction exists if indeed plaintiff intends to pursue it.[2]  In amending his complaint, plaintiff should consider addressing defendant's contention that it is not and never has been plaintiff's employer.  See Doc. 11 at footnote 1.

Accordingly, it is hereby

**ORDERED**:

1. Defendant's Amended Motion to Dismiss (Doc. 11) is **denied without prejudice**.

2. No later than **October 12, 2007**, plaintiff shall file and serve an amended complaint which clearly states the grounds for federal jurisdiction.  In preparing his amended complaint, plaintiff is directed to consult Judge Morris' May 22, 2007 Order (Doc. 7) as well as the Clerk's Step by Step guide to filing a civil action in the United States District Court, Jacksonville Division, which the Clerk shall mail to plaintiff with a copy of this Order.  Plaintiff is advised that failure to timely comply with this Order could result in the dismissal of this case for lack of subject matter jurisdiction and/or for failure to prosecute.

---

[2] As defendant notes in its brief, the allegations of plaintiff's complaint appear to support a cause of action under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*. As defendant further notes, however, plaintiff could pursue his claim under state law either additionally, or instead of, under federal law (although the suit could not be maintained in this court if state law constituted the only grounds for relief).

**DONE AND ORDERED** at Jacksonville, Florida this 12th day of September, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies (with Step by Step Guide):

counsel of record
*pro se* plaintiff

3